UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:08cr103 LAC

MAURICE LEE NELSON, III

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    May 11, 2009
Motion/Pleadings:  SEALED MOTION TO CONTINUE SENTENCING DATE
Filed by  DEFENDANT        on 5/11/09        Doc.# 26

RESPONSES:

                                      on            Doc.#
                                      on            Doc.#

      Stipulated        Joint Pldg.
x     Unopposed        Consented

                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             *s/Mary Maloy*
LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2009, that:*

*(a) The relief requested is* ***GRANTED.***

*(b) Sentencing continued to 19 May, 2009 @ 10:30 am.*

                                                      *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                        *Senior United States District Judge*

Entered On Docket:                  By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.